FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 19, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CORY COULSON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CORE-MARK INTERNATIONAL, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:23-cv-00144-MKD<br><br>ORDER OF DISMISSAL WITH PREJUDICE<br><br>**ECF Nos. 18, 22** |

Before the Court is the parties' Stipulation and Proposed Order of Dismissal, ECF No. 22. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action by filing a stipulated motion to dismiss signed by all parties who have appeared in the case. The parties stipulate that this matter may be dismissed with prejudice and without an award of costs or fees. The instant motion has been signed by counsel for Plaintiff and for Defendant.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation and Proposed Order of Dismissal, **ECF No. 22**, is **GRANTED.**

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

3. Any pending motions, including the pending Motion for Partial Summary Judgment, **ECF No. 18**, are **DENIED as moot**.

4. All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED March 19, 2024.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2